UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EVANGELOS VICTOR ZOTOS,

                          Plaintiff,

          -against-

ALBERTO GONZALEZ,
Attorney General of the
United States,

                          Defendant.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 4011 (SJ)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★     FEB 7    2006    ★

P.M. _____
TIME A.M. _____

          An Order of Honorable Sterling Johnson Jr., United States District Judge, having

been filed on November 30, 2005, dismissing the action with prejudice and without costs or

attorney's fees to any party; it is

          ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that

the action is dismissed with prejudice and without costs or attorney's fees to any party.

Dated: Brooklyn, New York
       February 03, 2006

                                             _____
                                             ROBERT C. HEINEMANN
                                             Clerk of Court